### 2569.  GURR *v.* WESTERN UNION TELEGRAPH COMPANY.

POWELL, J. The special damages claimed were, under the allegations of the petition, so contingent in character as not to be recoverable; but as the alleged tortious breach of duty made the defendant liable to the plaintiff for nominal damages, and as there was a distinct prayer for this recovery, as well as for a recovery of the special damages, the court erred in dismissing the action on general demurrer.

*Judgment reversed.*

DECIDED JANUARY 24, 1911.

Action for damages; from city court of Bainbridge—Judge Harrell. March 16, 1910.

*G. G. Bower, Hawes & Pottle,* for plaintiff.

*Dorsey, Brewster, Howell & Heyman, Erle M. Donalson,* for defendant.